# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JUSTIN BACUS,

    Defendant.

Case No. CR07-291-RSM

**PROPOSED FINDINGS OF FACT AND DETERMINATION AS TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE**

## INTRODUCTION

I conducted a hearing on alleged violations of supervised release in this case on November 28, 2011. The defendant appeared pursuant to a summons issued in this case. The United States was represented by Sarah Vogel, and defendant was represented by Michael Filipovic. Also present was U.S. Probation Officer Jerrod Akins. The proceedings were digitally recorded.

## SENTENCE AND PRIOR ACTION

Defendant was sentenced on January 11, 2008 by the Honorable Ricardo S. Martinez for Pharmacy Robbery. He received 48 months of detention and 3 years of supervised release.

On July 25, 2011, a Report on Offender under Supervision was submitted to the Court reporting that Mr. Bacus admitted to using Percoset. He agreed to complete the Moral Reconation Therapy program for this lapse in judgment. No action was recommended by the

PROPOSED FINDINGS OF FACT AND
DETERMINATION AS TO ALLEGED VIOLATIONS
OF SUPERVISED RELEASE - 1

U.S. Probation Office.

On August 25, 2011, a modification was submitted to the Court requesting that Mr. Bacus' conditions of supervision be modified to include the condition that he participate in the home confinement program, curfew component, for 120 days. Mr. Bacus began his term of home confinement on September 6, 2011.

**PRESENTLY ALLEGED VIOLATIONS**

In a petition dated November 2, 2011, U.S. Probation Officer Jerrod Akins alleged that defendant violated the following conditions of supervised release:

1. Consuming marijuana on or before October 13, 2011, in violation of standard condition number 7.

2. Consuming opiates on or before September 21, 2011, in violation of standard condition number 7.

3. Consuming ampehtamines on or before September 27, 2011, in violation of standard condition number 7.

4. Failing to follow the instructions of the probation officer, in violation of standard condition number 3.

**FINDINGS FOLLOWING EVIDENTIARY HEARING**

Defendant admitted to violations 1 – 3. The government withdrew violation 4. Defendant waived any hearing as to whether violations 1 -3 occurred, and was informed the matter would be set for a disposition hearing on January 13, 2012 at 10:30 a.m. before District Judge Ricardo S. Martinez.

**RECOMMENDED FINDINGS AND CONCLUSIONS**

Based upon the foregoing, I recommend the court find that defendant has violated the

conditions of his supervised release as alleged above, and conduct a disposition hearing.

DATED this 28th day of November, 2011.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

PROPOSED FINDINGS OF FACT AND
DETERMINATION AS TO ALLEGED VIOLATIONS
OF SUPERVISED RELEASE - 3